UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY P. RUIZ, JR., | No. C 06-5559 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| N. WALKER; et al., | |
| Defendants. | |

Judgment is now entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 25, 2008

SUSAN ILLSTON
United States District Judge