**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY P. RUIZ, JR.,   No. C 06-5559 SI (pr)

    Plaintiff,   **ORDER**

    v.

N. WALKER; et al.,

    Defendants.
                                       /

Plaintiff filed a notice of appeal and a "motion for record on appeal" asking that the court file be transmitted to the U.S. Court of Appeals. The motion is DISMISSED as unnecessary. (Docket # 56.) The court file is sent to the appellate court in the normal course of business when the appellate court requests it.

IT IS SO ORDERED.

Dated: May 7 2008

                                                       SUSAN ILLSTON
                                            United States District Judge