UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY P RUIZ,<br>　　　　Plaintiff,<br>　　v.<br>N. WALKER, et al.,<br>　　　　Defendants. | Case No. 06-cv-05559-SI<br><br>**ORDER**<br>Re: Dkt. No. 70 |

Plaintiff has sent to the court a letter requesting that the remaining balance of $68.71 on the $350.00 filing fee for this action be waived or reduced due to his ongoing indigency. The request is DENIED. Docket No. 70. The filing fee is statutorily set, as is the manner of its collection from a prisoner who is indigent. *See* 28 U.S.C. §§ 1914(a), 1915(b). The court has no authority to waive or reduce the fee. Prison officials will continue to collect the fee as money becomes available in plaintiff's inmate trust account, until the full fee is paid.

**IT IS SO ORDERED**.

Dated: January 26, 2018

SUSAN ILLSTON
United States District Judge